

MAY 19 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT B. SAGER,<br><br>Plaintiff,<br><br>vs.<br><br>BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>Defendant. | CV 20-29-BLG-SPW<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL |

Upon the Joint Stipulation of Dismissal (Doc. 2), between Plaintiff, Robert B. Sager, and the Defendant, Betsy Davos in her official capacity, acting by and through their respective counsel,

**IT IS HEREBY ORDERED** that the above-entitled cause is DISMISSED WITH PREJUDICE as fully compromised and settled on the merits, each party to bear its own costs and expenses.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of May, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge